```
PHILLIP A. TALBERT
United States Attorney
ALSTYN BENNETT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700

Attorneys for Plaintiff
United States of America
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JEFFERY LANE POWE,<br><br>　　　　　Defendant. | 2:20-po-00514-CKD<br><br>ORDER TO DISMISS AND RECALL ABSTRACT |

　　It is hereby ordered that the plaintiff United States of America's Motion to Dismiss without prejudice Case Number 2:20-po-00514-CKD is GRANTED.

　　It is further ordered that the abstract issued on November 19, 2020, is recalled.

　　IT IS SO ORDERED.

Dated: May 2, 2023

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE